JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SHIH, Individually and as Trustee of the Lawrence Living Trust dated January 11, 2002, CHI-YU KING, BI-SHIA KING, HSING-CHIEH SHIH and BI-YU SHIH, individually and as Trustees of the Hsing-Chieh and Bi-Yu W. Shih Living Trust, dated February 3, 2003, BIH-LIEN CHUANG, YEN SAN CHUANG, DIANNE SHIH, TAI-NAN WANG, HSIU-MEI WANG, SHERMAN SHYH HUANG LEE and MIN LING LEE Individually and as Trustees of the Sherman Shyh Huang Lee Family Trust dated July 19, 1984,<br><br>Petitioners/Plaintiffs,<br><br>vs.<br><br>CITY OF CORONA, a California Municipal Corporation; THE CITY COUNCIL OF THE CITY OF CORONA and DOES 1 through 50, Inclusive,<br><br>Respondents/Defendants. | Case No. CV09-6001 ODW (OPx)<br><br>**JUDGMENT**<br><br>COURTROOM: 11<br><br>JUDGE: HON. OTIS D. WRIGHT II |

The Plaintiff's first cause of action for issuance of an administrative writ of mandate having been argued and submitted for decision, and the Court having

submitted its Statement of Decision on March 10. 2011, and the parties having stipulated that the second cause of action for violation of 42 USC Section 1983 - equal protection, third cause of action for violation of 42 USC Section 1983 - equal protection, race and ethnicity, fourth cause of action for violation of Cal Gov't Code Section § 65008, fifth cause of action for declaratory relief, and sixth cause of action for injunctive relief, alleged in the first amended complaint, be dismissed, without prejudice, as to all defendants, that judgment be entered reflecting the dismissal without prejudice, and that each party bear their own costs and attorney fees,

IT IS ORDERED, ADJUDGED, AND DECREED

1. That the administrative writ of mandate applied for herein is denied;

2. That the second cause of action for violation of 42 USC Section 1983 - equal protection, third cause of action for violation of 42 USC Section 1983 - equal protection, race and ethnicity, fourth cause of action for violation of Cal Gov't Code Section § 65008, fifth cause of action for declaratory relief, and sixth cause of action for injunctive relief, alleged in the first amended complaint, shall be dismissed, without prejudice, as to all defendants;

3. That each party shall bear their own costs and attorneys fees.

Dated: June 6, 2011

HON. OTIS D. WRIGHT II, JUDGE OF THE UNITED STATES DISTRICT COURT